# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL NO. 1:06CV138

| | |
|---|---|
| RENE CESAR SANDIFORD <br> BRISAS dEL GOLF <br> PANAMA, <br>     Petitioner, <br> v. <br><br> ZARRELLA RENEE <br> URRUNAGA SARMIENTO <br> ASHEVILLE, NORTH <br> CAROLINA, <br>     Respondent. | ORDER |

**THIS MATTER** is before the Court on Petitioner's Petition for Return of Child, filed pursuant to the International Child Abduction Remedies Act and the Hague Convention on the Civil Aspects of International Child Abduction. For reasons that will be more fully explained in a Memorandum and Order to be subsequently filed in this matter:

**IT IS, THEREFORE, ORDERED** that the Child, C.R.S., is to be turned over to Petitioner in order that he be returned to Panama.

**IT IS FURTHER ORDERED** that the Child's passport and other documents, currently in the custody of the Clerk's Office, are to be surrendered to Petitioner.

**IT IS FURTHER ORDERED** that the Respondent's passport and other

such documents, currently in the custody of the Clerk's Office, are to be returned to Respondent.

Signed: May 18, 2006

Lacy H. Thornburg
United States District Judge