# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV138

| | |
|---|---|
| RENE CESAR SANDIFORD<br>BRISAS dEL GOLF PANAMA,<br><br>Petitioner,<br><br>v.<br><br>ZARRELLA RENEE<br>URRUNAGA SARMIENTO<br>ASHEVILLE, NORTH CAROLINA,<br><br>Respondent. | **O R D E R** |

**THIS MATTER** came on for hearing before the Court on the Petitioner's Verified Petition filed pursuant to the Convention on the Civil Aspects of International Child Abductions, done at the Hague on October 25, 1980, and the International Child Abduction Remedies Act, 42 U.S.C. § 11601 *et seq.*

After hearing testimony of the parties and arguments of counsel, the Court granted the Petitioner's petition and ordered the return of the Child to Panama. The Petitioner requested that he also be awarded attorneys' fees, costs associated with his travel to the United States and his return to

2

Panama, and costs associated with returning the Child to Panama. The Court found that such an award is mandatory under the provisions of 42 U.S.C. § 11607(b)(3) and directed the Petitioner's attorney to file a written motion, properly supported, for the requested fees and costs; the Court directed the motion to be filed within 15 days of entry of the order. **See, Memorandum and Order, filed May 19, 2006, at 14-15.** To date, Petitioner's attorney has failed to file any motion with regard to the attorneys' fees and costs; therefore, the Court deems that such issues have been abandoned.

    **IT IS, THEREFORE, ORDERED** that, all issues having been resolved or abandoned, this matter is hereby **DISMISSED.**

Signed: August 23, 2006

Lacy H. Thornburg
United States District Judge